UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VASO BOJOVIC, ET AL,

     Plaintiffs,

v.                                                  Case No.: 13-cv-10642

                                                      Sean F. Cox
BANK OF AMERICA, N.A., ET AL,         District Court Judge

     Defendants.                       R. Steven Whalen
                                                      Magistrate Judge
_____/

## ORDER ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

On or around December 11, 2012, Vaso Bojovic and Katarina Bojovic ("Plaintiffs") filed a Complaint, naming Bank of America, N.A. ("BANA") and the Department of Housing and Urban Development as Defendants in this civil action addressing the foreclosure and sale of the Plaintiffs' home. (Docket Entry No. 1, at 15.) On February 22, 2013, BANA filed its Motion to Dismiss Plaintiffs' Verified Complaint. (Docket Entry Nos. 3.) This Court referred this matter to Magistrate Judge R. Steven Whalen for a report and recommendation. (Docket Entry No. 4.)

On July 23, 2013, Magistrate Judge Whalen filed his Report and Recommendation ("the R&R"), recommending that the Court **GRANT** Defendant BANA Motion to Dismiss Plaintiffs' Verified Complaint, and that the Complaint be **DISMISSED** as to Defendant BANA. (Docket Entry No. 8, at 1, 7.)

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R.

1

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed any objections to the R&R.

The Court finds that the issues have been adequately presented in the parties' briefs and that oral argument would not significantly aid the decision making process.  *See* Local Rule 7.1(f)(2), U.S. District Court, Eastern District of Michigan.  The Court therefore orders that the motion will be decided on the briefs.

The Court hereby **ADOPTS** the July 23, 2013, R&R.  For the reasons mentioned in the R&R, **IT IS ORDERED** that Defendant BANA Motion to Dismiss Plaintiffs' Verified Complaint [Docket Entry No. 3] is **GRANTED**.  Accordingly, the Complaint is **DISMISSED** as to Defendant BANA.

**IT IS SO ORDERED**.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  August 15, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 15, 2013, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager