UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Vaso Bojovic, *et al.*,

    Plaintiffs,

v.                                        Case No. 13-10642

Bank of America, N.A., *et al.*,     Honorable Sean F. Cox

    Defendants.

_____/

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT FOR FAILURE TO PROSECUTE

Plaintiffs filed this action against Defendants in state court and it was removed to this Court on February 15, 2013. A review of the docket reflected that, as of August 15, 2013, no summons had been returned executed as to Defendant Department of Housing and Urban Development ("HUD"), although the time for service under Fed. R. Civ. P. 4(m) had expired.

As a result, on August 15, 2013, this Court issued a Show Cause Order (Docket Entry No. 9), wherein this Court ordered Plaintiffs to show cause, in writing, no later than August 26, 2013, why their claims against Defendant HUD should not be dismissed for failure to effect timely service of process. That Order expressly warned Plaintiffs that failure to respond may result in dismissal of the claims against Defendant HUD.

Plaintiffs have not responded to the August 15, 2013 Show Cause Order, and the time permitted for doing so has passed. Accordingly, the Court ORDERS that Plaintiff's claims against Defendant HUD are hereby DISMISSED WITHOUT PREJUDICE for failure to

1

prosecute.

    IT IS SO ORDERED.

                          S/Sean F. Cox  
                          Sean F. Cox  
                          United States District Judge

Dated:  September 12, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 12, 2013, by electronic and/or ordinary mail.

                          S/Jennifer McCoy  
                          Case Manager